

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-17CR-029-O |
| KRISTOPHER RAY FACIO (01) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Coercion and Enticement
### (Violation of 18 U.S.C. § 2422(b))

From on or about November 27, 2016, until on or about December 4, 2016, in the Northern District of Texas, the defendant, **Kristopher Ray Facio**, using a means and facility of interstate commerce, that is, a cellular telephone connected to the Internet, did knowingly persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be criminally charged under Texas state law, that is, a violation of Texas Penal Code Section 43.25(b), Sexual Performance of a Child.

In violation of 18 U.S.C. § 2422(b).

<u>Count Two</u>
Penalties for Registered Sex Offenders
(Violation of 18 U.S.C. § 2260A)

From on or about November 27, 2016, until on or about December 4, 2016, in the Northern District of Texas and elsewhere, **Kristopher Ray Facio**, defendant, being required by state law to register as a sex offender, did commit a felony offense involving a minor in violation of 18 U.S.C. § 2422(b), that is, coercion and enticement.

In violation of 18 U.S.C. § 2260A.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
Texas Bar No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

KRISTOPHER RAY FACIO (01)

INDICTMENT

18 U.S.C. § 2422(b)
Coercion and Enticement
1 Count

18 U.S.C. § 2260A
Penalties for Registered Sex Offenders
1 Count

A true bill rendered

FORT WORTH                                              FOREPERSON

Filed in open court this 15th day of February, 2017.

Warrant to Issue.

UNITED STATES MAGISTRATE JUDGE