UNITED STATES DISTRICT COURT
DISTRICT OF FORTWORTH TX.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL -2 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

# NOTICE OF APPEAL

CASE NO: 17-10986

HEAR COMES NOW; KRISTOHPER, FACIO, within said notice of appeal who will be filing a U.S.C. 18 2255, and appealing his sentencing. within 2255 time-- limitations.

UNDER PENALTY OF PREJURY THE STATEMENTS IN FACT TRUE AND CORRECT. SWORN ON SAID. MAY. 28, 2018.

Respectfully submitted,
FACIO, KRISTOHPER.
K-1-111, 55400-177.
USP Coleman II.
P.O. Box-1034
Coleman, FL. 33521.
Sign: Kristopher Facio.

C.C,
U.S. District Court
U.S. Goverment
Plaintiff, FACIO.

UNITED STATES DISTRICT COURT
DISTRICT OF FORT WORTH TX.
Case No: 17-10986

TO: COURT CLERK
FROM: Kristohper, Facio, (Plaintiff)
Date: MAY, 29, 2018.
RE: NOTICE OF APPEAL

Can you please file my notice of Appeal within said court, and send me a Docket with U.S.C. 18, 2255 Application. Thank you so much. Ive been in the transfer Detetion Center and dont have my Legal work so im filing the notice & requesting my case no #.
Thank you so much for your time.

Respectfully Submitted
Kristohper Facio
USP Coleman II
P.O. box - 1034
Coleman, FL. 33521.

TAMPA FL 336
SAINT PETERSBURG FL
27 JUN 2018 PM 4 L

ELDON B. WAHEN.
UNITED STATES COURTHOUSE
501 West tenth Street, Room 310
Fortworth, TX. 76102
ATTN: Court Clerk.

76102-975999

Kristohper Facio
55406-177, K.1-111
USP Coleman II
P.O. Box-1034
Coleman, FL 33521

RECEIVED
JUL - 2 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS