# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-10986
Conference Calendar

D.C. Docket No. 4:17-CR-29-1

United States Court of Appeals
Fifth Circuit

**FILED**

June 20, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

KRISTOPHER RAY FACIO,

Defendant - Appellant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

JUL 13 2018

CLERK, U.S. DISTRICT COURT

By _____
                    Deputy

Appeal from the United States District Court for the
Northern District of Texas

Before SOUTHWICK, WILLETT, and ENGELHARDT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.



Certified as a true copy and issued
as the mandate on **Jul 12, 2018**

Attest:   *Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit



## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 12, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

      No. 17-10986    USA v. Kristopher Facio
                 USDC No. 4:17-CR-29-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             _Lisa E. Ferrara_
                             By: _____
                             Lisa E. Ferrara, Deputy Clerk
                             504-310-7675

cc w/encl:
    Mr. Kristopher Ray Facio
    Mr. James Wesley Hendrix