# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10986
Conference Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
June 20, 2018
Lyle W. Cayce
Clerk

NORTHERN DISTRICT OF TEXAS
FILED
JUL 13 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA,

  Plaintiff-Appellee

v.

KRISTOPHER RAY FACIO,

  Defendant-Appellant

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:17-CR-29-1

---

Before SOUTHWICK, WILLETT, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

  The Federal Public Defender appointed to represent Kristopher Ray Facio has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Facio has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Case: 17-10986    Document: 00514552183    Page: 2    Date Filed: 07/12/2018
Case 4:17-cr-00029-O   Document 55   Filed 07/13/18   Page 2 of 2   PageID 200

No. 17-10986

appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.