ORIGINAL

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-10861

D.C. Docket No. 4:17-CR-29-1

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2018
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

KRISTOPHER RAY FACIO,

Defendant - Appellant



Appeal from the United States District Court for the
Northern District of Texas

Before SOUTHWICK, HAYNES, and HO, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal.

It is ordered and adjudged that the appeal is dismissed as frivolous.



Certified as a true copy and issued
as the mandate on Jan 03, 2019

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 03, 2019

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 18-10861    USA v. Kristopher Facio
                         USDC No. 4:17-CR-29-1 - O

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Sabrina B. Short, Deputy Clerk
                          504-310-7817

cc:
    Mr. Kristopher Ray Facio
    Mr. James Wesley Hendrix